UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 MAR 24  AM 11: 03

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) Cause No. 1:16-cr- |
| MARKEL GRAY, | ) 1:16-cr-0059 JMS -MJD |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about November 4, 2015, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

MARKEL GRAY,

aiding, abetting, and assisting Theondre Matthews and juvenile A.J.M., did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, firearms and money, from the person and in the presence of an employee of KS&E Guns located at 8745

Pendleton Pike, Lawrence, Indiana, against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of KS&E Guns, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO
Brandishing a Firearm During a Crime of Violence
18 U.S.C. § 924(c)

On or about November 4, 2015, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

MARKEL GRAY,

did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of KS&E Guns located at 8745 Pendleton Pike, Lawrence, Indiana, occurring as alleged in Count One above.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION

The allegations in Counts One and Two of this Information are realleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to seek forfeiture of various property pursuant to Title 18, United States Code, Sections 924 and 2253, and Title 28, United States Code, Section 2461.

If convicted of any offense set forth in Count One or Count Two of the Information, MARKEL GRAY, defendant herein, shall forfeit to the United States the defendant's interest in

property seized by law enforcement on or about November 9, 2015, including but not limited to an Iver Johnson 12 gauge pump-action shotgun, serial number PA 10825, and a Mossberg 12 gauge pump-action shotgun, serial number P606081.

                                                                   JOSH J. MINKLER
                                                                   UNITED STATES ATTORNEY

STATE OF INDIANA    )
                    )    SS:
COUNTY OF MARION    )

      Jeffrey D. Preston, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

      _____
      Jeffrey D. Preston
      Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 23rd day of March, 2016.

_____
Notary Public

Guey Jen Yang

My Commission Expires

June 27, 2022

My County of Residence:

Hendricks

GUEY JEN YANG
Notary Public, State of Indiana
Hendricks County
Commission # 653454
My Commission Expires
June 27, 2022

GUEY JEN YANG
Notary Public, State of Indiana
Hendricks County
Commission # 65...
My Commission Expires
June 27, 20..

4